

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00123-CR
## NO. 02-16-00124-CR

MATTHEW ALAN GAMMONS                                    APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

### FROM COUNTY COURT AT LAW OF HOOD COUNTY
### TRIAL COURT NOS. 48105, 48106

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Matthew Alan Gammons seeks to appeal his convictions for "Assault Causes Bodily Injury Family Violence" and for "Interfere with Emergency Request for Assistance." On July 8, 2016, we notified Gammons that the clerk responsible for preparing the records had informed this court that

---

[1]*See* Tex. R. App. P. 47.4.

payment arrangements had not been made to pay for the clerk's records.[2]  *See* Tex. R. App. P. 35.3(a)(2).  We also informed Gammons that we would dismiss the appeals for want of prosecution unless, by July 18, 2016, he made arrangements to pay for the clerk's records and provided this court with proof of payment.  We have not received a response.

Because Gammons has not made arrangements to pay for the clerk's records, we dismiss these appeals for want of prosecution.  *See* Tex. R. App. P. 37.3(b).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 4, 2016

---

[2]Gammons is not represented by appointed appellate counsel; the trial court conducted an evidentiary hearing on his application for appointment of appellate counsel and determined that Gammons was not indigent for purposes of appointed counsel or entitled to a free record on appeal.  He has not challenged the trial court's ruling.